UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROMOND HENRY                                    CIVIL ACTION

VERSUS                                          NUMBER: 12-00689

PUBLIC DEFENDERS OFFICE,                        SECTION: "G"(5)
ORLEANS PARISH

## REPORT AND RECOMMENDATION

Utilizing the standardized form that is provided to state prisoners for filing suit pursuant to 42 U.S.C. §1983, pro se plaintiff, Romond Henry, has filed the above-captioned matter in forma pauperis against defendant, the Orleans Parish Public Defender's Office.

Plaintiff is an inmate of the Orleans Parish Prison who is awaiting trial on charges of public intimidation, purse snatching, simple battery, and extortion. (See attached). Plaintiff alleges that the attorney who was appointed to defend him from those charges has not been representing plaintiff to the best of his ability in that he failed to show up for court dates and provided plaintiff with untruthful information about continuances in those

matters. (Complt. at p. 3). In his prayer for relief, plaintiff seeks "proper counsel" and monetary damages. (Id. at p. 4).

Plaintiff has instituted suit herein in forma pauperis pursuant to 28 U.S.C. §1915. A proceeding brought in forma pauperis may be dismissed as frivolous under §1915(e)(2)(B)(i) if the claim alleged therein has no arguable basis in law or fact, Booker v. Koonce, 2 F.3d 114 (5th Cir. 1993), or if it fails to state a claim upon which relief can be granted. 28 U.S.C. §1915(e)(2)(B)(ii). See also 28 U.S.C. §1915A(b)(1), 42 U.S.C. §1997e(c). Giving the instant complaint a liberal reading, it is the recommendation of the Magistrate Judge that this matter be dismissed as frivolous and for failing to state a claim upon which relief can be granted.

The sole defendant named in this proceeding is the Orleans Parish Public Defender's Office.[1]/ Such entities are not considered to be "persons" within the meaning of §1983. Foster v. Orleans Parish Public Defender's Office, 10-CV-4563, 2011 WL 446031 at *2 (E.D. La. Jan. 3, 2011), adopted, 2011 WL 445957 (E.D. La. Feb. 4, 2011)(citing Fondol v. Orleans Parish District Attorney Office, 08-CV-4158, 2008 WL 4891238 at *2 (E.D. La. Nov. 4, 2008). Even if that were not the case, no actionable claim would lie against the

---

[1]/ Plaintiff previously but unsuccessfully sued the Louisiana State Bar Association here regarding his dissatisfaction with his appointed counsel. Henry v. Louisiana State Bar Association, 12-CV-348 "I"(1).

2

named defendant here as it is obviously being sued based on a <u>respondeat</u> <u>superior</u> theory of liability, a theory which is inapplicable to §1983 proceedings. <u>Foster</u>, 2011 WL 446031 at *2 (citing <u>Polk County v. Dodson</u>, 454 U.S. 312, 325, 102 S.Ct. 453-54 (1981)). For these reasons, it will be recommended that plaintiff's suit be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).[2]

**RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's complaint be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass</u>

---

[2] While the Court might initially construe plaintiff's complaint on habeas corpus grounds as presenting a claim of ineffective assistance of counsel, it declines to do so in this case. Henry does not name as the defendant/respondent herein the state officer in whose custody he is, 28 U.S.C. §2242, nor does he make any showing of having exhausted available state court remedies, a requirement that applies with equal force to pre-trial habeas proceedings. <u>Dickerson v. State of Louisiana</u>, 816 F.2d 220, 225 (5th Cir.), <u>cert</u>. <u>denied</u>, 484 U.S. 956, 108 S.Ct. 352 (1987).

3

v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this 22nd day of March, 2012.

                                  _____
                                        ALMA L. CHASEZ
                           UNITED STATES MAGISTRATE JUDGE

Home   About   Department   Inmate Information   Docket Master   Civil Division   Community   Useful Links   Contact Us

**DOCKET MASTER**

```
MAG#: 522461              D O C K E T   M A S T E R          Date: 03/15/2012
                                                              Time:   15:48:16
                         ORLEANS PARISH MAGISTRATE COURT

=====================================================================================
    DEFENDANT(S):        CNTS CHARGE(S):
=====================================================================================

    HENRY, ROMONDE
                         1   RS 14   122            BOND:            0.00
                             PUBLIC INTIMIDATION
                         1   RS 14    35            BOND:       15,000.00
                             SIMPLE BATTERY
                         1   RS 14   65.1           BOND:       25,000.00
                             PURSE SNATCHING
                         3   RS 14    66            BOND:       75,000.00
                             EXTORTION

=====================================================================================
    DATE      PROCEEDINGS
=====================================================================================

03/15/2011                                                           FALCONEA *
              FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M3
              BOND SET FOR $115,000.00
              RESULT-RULE TO SHOW CAUSE FOR 5/14/2011 AT  3:00 PM
              SCHEDULED -RULE TO SHOW CAUSE ON 5/14/2011 AT  3:00 PM, SECT M2
              NO PC 14 122
=====================================================================================
                          END OF DOCKET MASTER
=====================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

Home   About   Department   Inmate Information   Docket Master   Civil Division   Community   Useful Links   Contact Us

**DOCKET MASTER**

```
    Case: 505283           D O C K E T   M A S T E R        Date: 03/15/2012
 Section: J/B/J                                             Time: 15:51:01
   Class: 3
                          ORLEANS PARISH CRIMINAL DISTRICT COURT
=================================================================================
DF# DEFENDANT(S):       CNTS CHARGE(S):
=================================================================================

 1 HENRY, ROMONDE
                         1   RS 14  122                     BOND:         0.00
                             PUBLIC INTIMIDATION
                         1   RS 14  65.1                    BOND:    25,000.00
                             PURSE SNATCHING

=================================================================================
    DATE      PROCEEDINGS
=================================================================================

 04/21/2011                                                           TROSCLAIR
             FILED BILL OF INFORMATION
             CAPIAS ISSUED
             BOND SET $25,000.00
             MAGISTRATE PAPERWORK FILED(M522461, DOB 11/15/1983, F#2285554)
             *******************************************************************
             *******************************************************************
             ***ALLOTTED. ARRAIGNMENT SET FOR 04/27/2011 PDOJL.
 04/27/2011                                                             GEORGEM
             >THE DEFENDANT, ROMONDE HENRY APPEARED FOR ARRAIGNMENT. >COURT
             APPOINTED ARIEL TEST , OIDP. >SANDRA MAYSON STOOD IN FOR
             ARRAIGNMENT ONLY. >READING OF BILL OF INFORMATION WAIVED.
             >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
             RIGHT TO TRIAL BY JUDGE OR JURY. >DISCOVERY HEARING SET FOR
             05/04/11 >SEND NOTICE TO DEFENSE COUNSEL ARIEL TEST. >PDOJL
 04/28/2011                                                             LONDONC
             >THE DEFENDANT, ROMONDE HENRY APPEARED FOR CASE RECEIVED WITH
             CASE RECEIVED WITH COUNSEL, ANGEL HARRIS ON BEHALF OF COUNSEL
             ARIEL TEST. DISREGARD PREVIOUSLY SET DISCOVERY HEARING SET FOR
             05/04/11 IN SECTION "J". >DISCOVERY HEARING SET FOR 05/09/11
             >PDOJL
 05/09/2011                                                             LONDONC
             >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
             HENRY FOR DISCOVERY HEARING **PRELIMINARY HEARING IS SET FOR
             06/20/11 IN M-2 AT 3:00 PM. >PRODUCTION OF BOYKIN TRANSCRPT SET
             FOR 06/27/11 >TRIAL SET FOR 07/20/11 >SEND NOTICES. >PDOJL
 05/23/2011                                                             LONDONC
             >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
             HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-DISCOVERY AND
             INSPECTION. >TRIAL SET FOR 07/20/11
 05/26/2011                                                             LONDONC
             >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
             HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-INVENTORY OF
             DISCOVERY. >PRELIMINARY HEARING SET FOR 06/27/11 IN SECTION M2.
             >TRIAL SET FOR 07/20/11
 06/20/2011                                                             LONDONC
             >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
             HENRY FOR COURT ACTION W/O HEARING >TRANSFERRED TO SECTION J
             THE DEFENDANT WAS ARRESTED ON 03/15/11 AND SECTION J WAS TO
             RECEIVE THE FELON CASES FOR THAT DATE. >NO NEW DATE IS SET.
             >DEFENDANT, ROMONDE HENRY DID NOT APPEAR FOR PRELIMINARY HEARING
             SET IN ERROR >TRANSFERRED TO SECTION J >NO NEW DATE IS SET.
```

About   Docket Master   Inmate Query   Civil Division   Resources                    Back to Top

Home   About   Department   Inmate Information   Docket Master   Civil Division   Community   Useful Links   Contact Us

**DOCKET MASTER**

```
   Case: 505298           D O C K E T   M A S T E R        Date: 03/15/2012
Section: B/J                                                Time: 15:52:27
  Class: 4
                          ORLEANS PARISH CRIMINAL DISTRICT COURT
===============================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
===============================================================================

 1 HENRY, ROMONDE
                          1   RS 14  35                 BOND:      15,000.00
                              SIMPLE BATTERY

===============================================================================
   DATE      PROCEEDINGS
===============================================================================

04/21/2011                                                          CATHERINEG
           FILED BILL OF INFORMATION
           CAPIAS ISSUED
           BOND SET $15,000.00
           MAGISTRATE PAPERWORK FILED (M-522461,DOB:11/15/83,F#2285554)
           ****************************************************************
           ALLOTTED. ARRAIGNMENT SET 04/28/11. PDOJL.
04/28/2011                                                          LONDONC
           >THE DEFENDANT, ROMONDE HENRY APPEARED FOR ARRAIGNMENT. >COURT
           APPOINTED ARIEL TEST , OIDP. >ANGEL HARRIS STOOD IN FOR
           ARRAIGNMENT ONLY. >READING OF BILL OF INFORMATION WAIVED.
           >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
           RIGHT TO TRIAL BY JUDGE. >DISCOVERY HEARING SET FOR 05/09/11
           >PDOJL
05/09/2011                                                          LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DISCOVERY HEARING **PRELIMINARY HEARING IS SET FOR
           06/20/11 IN M-2 AT 3:00 PM. >PRODUCTION OF BOYKIN TRANSCRPT SET
           FOR 06/27/11 >TRIAL SET FOR 07/20/11 >SEND NOTICES. >PDOJL
05/23/2011                                                          LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-MOTION FOR
           DISCOVERY. >TRIAL SET FOR 07/20/11
05/26/2011                                                          LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-INVENTORY OF
           DISCOVERY. >PRELIMINARY HEARING SET FOR 06/27/11 IN SECTION M2.
           >TRIAL SET FOR 07/20/11
06/27/2011                                                          LONDONC
           >DEFENDANT, ROMONDE HENRY DID NOT APPEAR FOR PRODUCTION OF
           BOYKIN TRANSCRPT >TRANSFERRED TO SECTION J TO FOLLOW CASE(S)
           505-272 >NO NEW DATE IS SET.
           >DEFENDANT, ROMONDE HENRY APPEARED WITHOUT COUNSEL FOR
           PRELIMINARY HEARING >TRANSFERRED TO SECTION J TO FOLLOW CASE(S)
           505272 >NO NEW DATE IS SET.
07/15/2011                                                          NICHOLSONB
           FILE TRANSF'D TO #505-272 SEC J
           FILED RECEIVED THIS DATE IN SECTION "J"
           STATUS HEARING SET FOR 7/18/2011. PDOJL
07/18/2011                                                          GEORGEM
           >THE DEFENDANT, ROMONDE HENRY APPEARED FOR STATUS HEARING WITH
           STATUS HEARING WITH COUNSELS,ARIEL TEST AND KENDALL GREEN. >HRG
           TO DETERMINE COUNSEL SET FOR 07/22/11 >PDOJL
07/19/2011                                                          GEORGEM
```

About   Docket Master   Inmate Query   Civil Division   Resources     Back to Top

Home　About　Department　Inmate Information　Docket Master　Civil Division　Community　Useful Links　Contact Us

**DOCKET MASTER**

```
Case: 505272           D O C K E T   M A S T E R        Date: 03/15/2012
Section: B/J                                             Time: 15:52:48
Class: 2
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
================================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
================================================================================

 1 HENRY, ROMONDE
                          3  RS 14  66               BOND:      75,000.00
                             EXTORTION

================================================================================
   DATE      PROCEEDINGS
================================================================================

04/21/2011                                                        CATHERINEG
           FILED BILL OF INFORMATION
           CAPIAS ISSUED
           BOND SET $75,000.00
           MAGISTRATE PAPERWORK FILED (M-522461,DOB:11/15/83, F#2285554)
           ****************************************************************
           ALLOTTED. ARRAIGNMENT SET 04/28/11. PDOJL.
04/28/2011                                                        LONDONC
           >THE DEFENDANT, ROMONDE HENRY APPEARED FOR ARRAIGNMENT. >COURT
           APPOINTED ARIEL TEST , OIDP. >ANGEL HARRIS STOOD IN FOR
           ARRAIGNMENT ONLY. >READING OF BILL OF INFORMATION WAIVED.
           >DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF
           RIGHT TO TRIAL BY JUDGE OR JURY. >DISCOVERY HEARING SET FOR
           05/09/11 >PDOJL
05/09/2011                                                        LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DISCOVERY HEARING **PRELIMINARY HEARING IS SET FOR
           06/20/11 IN M-2 AT 3:00 PM. >PRODUCTION OF BOYKIN TRANSCRPT SET
           FOR 06/27/11 >TRIAL SET FOR 07/20/11 >SEND NOTICES. >PDOJL
05/23/2011                                                        LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-MOTION FOR
           DISCOVERY. >TRIAL SET FOR 07/20/11
05/26/2011                                                        LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR DEFENSE FILED MOTIONS >DEFENSE FILED: >-INVENTORY OF
           DISCOVERY. >PRELIMINARY HEARING SET FOR 06/27/11 IN SECTION M2.
           >TRIAL SET FOR 07/20/11
06/20/2011                                                        LONDONC
           >DEFENSE COUNSEL ARIEL TEST APPEARED WITHOUT DEFENDANT, ROMONDE
           HENRY FOR COURT ACTION W/O HEARING >TRANSFERRED TO SECTION J
           THE DEFENDANT WAS ARRESTED ON 03/15/11 AND SECTION J WAS THE
           SECTION TO RECEIVE FELON CASES FOR THAT DATE. >NO NEW DATE IS
           SET.
           >DEFENDANT, ROMONDE HENRY DID NOT APPEAR FOR PRELIMINARY HEARING
           SET IN ERROR >TRANSFERRED TO SECTION J >NO NEW DATE IS SET.
07/06/2011                                                        NICHOLSONB
           FILED RECEIVED IN SECT "J" ON THIS DATE.
           STATUS HEARING SET FOR 7/18/2011.  PDOJL.
07/18/2011                                                        GEORGEM
           >THE DEFENDANT, ROMONDE HENRY APPEARED FOR STATUS HEARING WITH
           STATUS HEARING WITH COUNSELS, ARIEL TEST AND KENDALL GREEN. >HRG
           TO DETERMINE COUNSEL SET FOR 07/22/11 >PDOJL
07/19/2011                                                        GEORGEM
```

About　Docket Master　Inmate Query　Civil Division　Resources　　　Back to Top