# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| ROMOND HENRY | CIVIL ACTION |
|---|---|
| VERSUS | NO. 12-0689 |
| PUBLIC DEFENDERS OFFICE, ORLEANS PARISH | SECTION: "G"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections filed by Plaintiff to the Magistrate Judge's Report and Recommendation,[1] hereby approves in full the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's suit is dismissed as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**NEW ORLEANS, LOUISIANA**, this __31st__ day of May, 2012.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] In his objections, Plaintiff alleges that the Public Defenders Office ("the Office") is responsible for the alleged ineffectiveness of his counsel because the Office fails to compensate his counsel. *See* Rec. Doc. 5. However, this does not alter the fact that the Office is not a "person" within the meaning of 42 U.S.C. § 1983. Plaintiff has presented no objection to the law outlined by the Magistrate Judge.